STATE OF NEW JERSEY v. FRANCISCO LOZADA.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES COY.

October 19, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MCARTHUR WATSON.

October 19, 1976. Petition for certification granted.

STATE OF NEW JERSEY, BY COMMISSIONER OF TRANSPORTATION v. ST. JOHN'S CHURCH.

October 19, 1976. Petition for certification denied. (See 142 *N. J. Super.* 568)

STATE OF NEW JERSEY v. LEO LAMONT MIDDLETON.

October 25, 1976. Petition for certification denied. (See 143 *N. J. Super.* 18)

STATE OF NEW JERSEY IN THE INTEREST OF G. T.

October 25, 1976. Petition for certification denied. (See 143 *N. J. Super.* 73)